UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Charles W Brown  
    Tilisa L Wright  
         Debtor(s)

Case No. 14-22645

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/18/2014.

2) The plan was confirmed on 08/22/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/29/2016, 01/20/2017, 05/18/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/18/2015, 11/22/2016, 03/16/2018, 02/15/2019.

5) The case was converted on 02/28/2019.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,659.00 |
| Less amount refunded to debtor | $83.71 |
| **NET RECEIPTS:** | **$9,575.29** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $471.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,971.69** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | NA | 1,043.34 | 1,043.34 | 106.63 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 3,600.00 | 2,465.45 | 2,465.45 | 272.09 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 111.00 | 110.00 | 110.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 900.00 | 1,412.00 | 1,412.00 | 144.32 | 0.00 |
| COMENITY BANK | Unsecured | 313.00 | 313.44 | 313.44 | 34.59 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEBRON AUTO SALES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HEBRON AUTO SALES | Secured | 800.00 | 800.00 | 800.00 | 800.00 | 16.04 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 3,700.00 | 3,534.35 | 3,534.35 | 390.05 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE | Priority | 450.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,279.00 | 2,312.99 | 2,312.99 | 2,312.99 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.01 | 0.01 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 350.00 | 350.00 | 35.77 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 403.00 | 350.00 | 350.00 | 35.77 | 0.00 |
| MARVA WILLIAMS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,800.00 | 2,349.90 | 2,349.90 | 259.34 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Unsecured | 5,461.00 | 5,461.33 | 5,461.33 | 602.71 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 445.00 | 430.00 | 430.00 | 35.63 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 65.00 | 65.00 | 0.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Unsecured | 743.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT FRES | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| AT&T/WEST ASSET | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE | Unsecured | 1,804.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PLAINS COMMERCE BANK | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| REWARDS 660 DSB | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| METABNK/FHUT | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| METABNK/FHUT | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL ALEXANDER | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980/ILLINOIS STATE TOLL H | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR/EM STRATEGIES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| SOURCE RECEIVABLE | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT/EXTENDED CARE COI | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| FIRSTBKDE/CF | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| GA POWER | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| GENERAL SERVICES | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| HE STARK AGENCY/US CELLULAR | Unsecured | 1,738.00 | NA | NA | 0.00 | 0.00 |
| HELLER & FRIZONE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET MUNICIPAL SERVICI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CNAC IL I115 | Unsecured | 6,006.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/CONVERGENT/COMC | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/WILL COUNTY | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/WILL COUNTY | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/WILL COUNTY | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC/CITY OF JOLIET | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES/CITY OF JOLIET | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP/COMED | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SEI | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY/BEST IMAGE DE | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTIONS/PLA | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTIONS/PLA | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/DISH I | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/COMC | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 219.00 | 218.75 | 218.75 | 15.80 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 373.00 | 861.32 | 861.32 | 88.03 | 0.00 |
| SPRINT CORP | Unsecured | 1,000.00 | 907.07 | 907.07 | 92.71 | 0.00 |
| T MOBILE | Unsecured | 1,804.00 | 504.81 | 504.81 | 51.60 | 0.00 |
| VERIZON | Unsecured | 2,859.00 | 2,804.72 | 2,804.72 | 309.53 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $800.00 | $800.00 | $16.04 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$800.00** | **$800.00** | **$16.04** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,312.99 | $2,312.99 | $0.00 |
| **TOTAL PRIORITY:** | **$2,312.99** | **$2,312.99** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,181.49** | **$2,474.57** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,971.69 |
| Disbursements to Creditors | $5,603.60 |
| **TOTAL DISBURSEMENTS :** | **$9,575.29** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/19/2019           By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**